LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Ph. 516.826.6500
Gary F. Herbst, Esq.
Jacqulyn S. Loftin, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:                                                          Chapter 7

Probulk, Inc.*et al.*,                                          Case No:  09-14014-alg
                                                                (Jointly Administered)

          Debtor.

-------------------------------------------------------------------x

Salvatore LaMonica Esq., As Trustee of
the Estate of Eastwind Transport Ltd.,
                                                                Adv Pro No:  11-2332-alg

          Plaintiff,

          - against -

Barry Rogliano Salles,

          Defendant.

----------------------------------------------------------x

### NOTICE OF DISMISSAL OF THE ADVERSARY PROCEEDING

       **PLEASE TAKE NOTICE THAT**, pursuant to Rule 7041(a)(1)(i) of the Federal Rules of Bankruptcy Procedure, Salvatore LaMonica, Esq. as the Chapter 7 Trustee of the bankruptcy estate of Eastwind Maritime, Inc. (the "Plaintiff") by his attorneys, LaMonica Herbst & Maniscalco, LLP, hereby voluntarily dismisses this adversary proceeding without cost to any of the aforementioned parties.

Dated: Wantagh, New York           **LaMonica Herbst & Maniscalco, LLP**
      October 25, 2011                 Attorneys for the Plaintiff

                      By:    *s/ Gary F. Herbst*
                            Gary F. Herbst, Esq.
                            3305 Jerusalem Avenue
                            Wantagh, New York 11793
                            Ph. 516.826.6500

To:   *Office of the United States Trustee*
       *Barry Rogliano Salles*